ACCEPTED
01-15-00929-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 3:09:39 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00929-CV

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 3:09:39 PM
CHRISTOPHER A. PRINE
Clerk

_____

### CITY OF SEALY, TEXAS, MARK STOLARSKI, MAYOR, and LARRY KUCIEMBA, CITY MANAGER,

*Appellants*

### V.

### TOWN PARK CENTER, LLC,

*Appellee*

**On Appeal from the 155th Judicial District Court of Austin County, Texas**
**Honorable Jeff R. Steinhauser**
**Trial Court Cause No. 2015V-0129**

_____

## APPELLANTS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

**1**.      The City of Sealy, Texas, Mark Stolarksi, Mayor, and Larry Kuciemba, City Manager, Appellants file this motion asking the Court to extend the deadline for their brief.  Appellants file this unopposed motion under authority of Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure.

**2.**      Appellants' brief is currently due to be filed with the Court on November 30, 2015.

**3.**      Appellants respectfully request a thirty-day extension of time to file their brief on the merits.

**4.** This is Appellants' first request for an extension of time to file their brief on the merits.

**5.** After this appeal was filed, an event occurred that now makes it likely that the current dispute between the parties will be resolved by agreement. As soon as the undersigned counsel for Appellants learned of the event, he suspended work on the Appellants' brief in order to save his clients from incurring unnecessary expenses in pursuing the current appeal. However, it is unlikely that the settlement will be fully consummated prior to the current deadline for filing the Appellants' brief. Appellants respectfully request an extension of the deadline for filing their Appellants' brief in order to provide additional time for the parties to consummate a settlement.

**6.** For these reasons, Appellants request an extension of the deadline for filing their brief to December 30, 2015.

**7.** Counsel for Appellee, Town Park Center, LLC has been contacted and is unopposed to the granting of this extension as set forth in the attached certificate of conference.

WHEREFORE PREMISES CONSIDERED, Appellants respectfully requests that this Court grant this Unopposed Motion for Extension of Time to File Brief, and set a deadline of December 30, 2015 for filing Appellants' brief.

Respectfully submitted,

**OLSON & OLSON, LLP**

By:   /s/ John J. Hightower
      John J. Hightower
      State Bar No. 09614200
      jhightower@olsonllp.com
      Eric C. Farrar
      State Bar No. 24036549
      efarrar@olsonllp.com
      2727 Allen Parkway, Suite 600
      Houston, Texas 77019
      Telephone:   (713) 533-3800
      Facsimile:    (713) 533-3888

      **ATTORNEYS FOR APPELLANTS,
      CITY OF SEALY, TEXAS, MARK STOLARSKI,
      MAYOR, AND LARRY KUCIEMBA, CITY
      MANAGER**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Mr. Andy Taylor, appellate counsel for Town Park Center, LLC, on November 23, 2015, and he stated to me that he is unopposed to the granting of this motion.

/s/ John J. Hightower
John J. Hightower

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties to this appeal, through their respective counsel of record, on November 23, 2015, as follows:

**ATTORNEYS FOR APPELLEE,
TOWN PARK CENTER, LLC**

Andy Taylor                                             *Via electronic service*
ANDY TAYLOR & ASSOCIATES, PC
2668 Highway 36S
Brenham, Texas 77833
ataylor@andytaylorlaw.com

/s/ John J. Hightower
John J. Hightower